**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7320**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

KIERON MATTHEW WILLIAMS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:14-cr-00596-GLR-1)

_____

Submitted:  May 31, 2023                                      Decided:  June 23, 2023

_____

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kieron Matthew Williams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kieron Matthew Williams appeals the district court's order denying as moot his motion to compel the United States Probation Office to amend his presentence report (PSR) to correct a mathematical error.  The record reflects that, in accordance with a previous order of the district court, the probation officer amended Williams' PSR to correct the identified error on July 16, 2019.  Accordingly, we affirm the district court's order. *United States v. Williams*, No. 1:14-cr-00596-GLR-1 (D. Md., Oct. 19, 2022).  We deny as moot Williams' motion for summary disposition, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*